# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:12-cv-01018-DCN |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LAUREN MURRAY , by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Dave Tannehill
    Dave Tannehill, Esq.
    Attorney for Plaintiff
    Ohio Registration No. 0083968
    Krohn & Moss, Ltd.
    8043 Corporate Circle, Suite 3
    North Royalton, OH 44133
    Telephone: (323) 988-2400
    Fax: (866) 425-3459
    dtannehill@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Michael D. Slodov, Attorney for Defendant, at e-mail address mslodov@sessions-law.biz.

                                                    <u>/s/ Dave Tannehill</u>
                                                   Dave Tannehill
                                                   Attorney for Plaintiff