UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LAUREN MURRAY, | Case No. 1:12 CV 1018 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| vs. | ORDER OF DISMISSAL |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendants. | |

Counsel for Plaintiff has notified the Court that the above captioned case is settled and dismissed, with prejudice. Parties may, in their discretion, file additional documentation evidencing the settlement within 30 days of this Order.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

       /s/Donald C. Nugent
      DONALD C. NUGENT
      United States District Judge

DATED: jULY 11, 2012