**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| LAUREN MURRAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC, )<br>)<br>)<br>Defendant. ) | Case No.: 1:12-cv-01018-DCN |

**NOTICE OF VOLUNTARY DISMISSAL**

LAUREN MURRAY (Plaintiff), by and through the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NCO FINANCIAL SYSTEMS, INC (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ Dave Tannehill
Dave Tannehill, Esq.
Attorney for Plaintiff
Ohio Registration No. 0083968
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, OH 44133
Telephone: (323) 988-2400
Fax: (866) 425-3459
dtannehill@consumerlawcenter.com

1

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 13, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Michael D. Slodov, Attorney for Defendant, at e-mail address mslodov@sessions-law.biz.

               /s/ Dave Tannehill
               Dave Tannehill
               Attorney for Plaintiff